**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**In re:**

| | |
|---|---|
| **JAY ALLEN MATTHEWS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 16-30257** |

**JOINT STIPULATION**

COME NOW, Jay Allen Matthews, the Debtor, by counsel, Mitchell Lee Klein, and Federal National Mortgage Association ("Fannie Mae"), by counsel, Johnie R. Muncy and the law firm of Samuel I. White, P.C., and stipulate that the Proposed Plan filed on January 3, 2017, is hereby amended to reflect a pre-petition arrearage in the amount of $5,237.87 to be paid in equal installments from the Chapter 13 Plan over a period of 32 months. This Stipulation resolves the Objection to Confirmation of the Chapter 13 Plan filed on January 6, 2017 by Federal National Mortgage Association ("Fannie Mae").

| I ask for this: | Seen & Agreed: |
|---|---|
| **/s/JOHNIE R. MUNCY** | **/s/ MITCHELL LEE KLEIN** |
| | Mitchell Lee Klein |
| **W. Scott Campbell**, Esquire, Bar No. 4232 | 3566 Teays Valley Road |
| 601 Morris Street, Suite 400 | Hurricane, WV 25526 |
| Charleston, WV 25301 | *Counsel for Debtor* |
| **Johnie R. Muncy**, Esquire, Bar No. 12790 | |
| 1804 Staples Mill Road, Suite 200 | |
| Richmond, VA 23230 | |
| **D. Carol Sasser**, Esquire, Bar No. 12709 | |
| 5040 Corporate Woods Drive, Suite 120 | |
| Virginia Beach, VA 23462 | |
| | |
| Samuel I. White, P.C. | |
| Tel: (804) 290-4290 | |
| Fax: (804) 290-4298 | |
| jmuncy@siwpc.com | |
| *Counsel for Federal National Mortgage Association ("Fannie Mae")* | |