**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**In re:**

| | |
|---|---|
| **JAY ALLEN MATTHEWS,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 16-30257** |

## AMENDED JOINT STIPULATION

COME NOW, Jay Allen Matthews, the Debtor, by counsel, Mitchell Lee Klein, and Federal National Mortgage Association ("Fannie Mae"), by counsel, Michael T. Freeman and the law firm of Samuel I. White, P.C., and stipulate that the Proposed Plan filed on January 3, 2017, is hereby amended to reflect a pre-petition arrearage as set forth herein. The pre-petition arrearage as set forth herein totals $5,237.87, of which $3,047.40 is included in the total debt amount of $16,729.10, which shall be paid through the trustee at the rate of 6.75% per annum over 32 months. The balance of $2,190.47 is an escrow shortage which will be paid by the trustee as a pre-petition arrearage without interest. This Stipulation resolves the Objection to Confirmation of the Chapter 13 Plan filed on January 6, 2017 by Federal National Mortgage Association ("Fannie Mae").

| I ask for this: | Seen & Agreed: |
|---|---|
| **/s/Johnie R. Muncy** | **/s/ MITCHELL LEE KLEIN** |
| | Mitchell Lee Klein |
| ***W. Scott Campbell***, Esquire, Bar No. 4232 | 3566 Teays Valley Road |
| 601 Morris Street, Suite 400 | Hurricane, WV 25526 |
| Charleston, WV 25301 | *Counsel for Debtor* |
| ***Michael T. Freeman,*** Esquire, Bar No. 12941 | |
| ***Johnie R. Muncy***, Esquire, Bar No. 12790 | |
| 1804 Staples Mill Road, Suite 200 | |
| Richmond, VA 23230 | |
| ***D. Carol Sasser***, Esquire, Bar No. 12709 | |
| 5040 Corporate Woods Drive, Suite 120 | |
| Virginia Beach, VA 23462 | Seen & Agreed: |
| | |
| Samuel I. White, P.C. | **/s/ HELEN M. MORRIS** |
| Tel: (804) 290-4290 | Helen M. Morris |
| Fax: (804) 290-4298 | *Chapter 13 Trustee* |
| mfreeman@siwpc.com | |
| *Counsel for Federal National Mortgage Association ("Fannie Mae")* | |

File No. 29268